# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| BARBARA DAVIDSON,<br><br>        Plaintiff,<br><br>  v.<br><br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 08-cv-209-bbc |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

  The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) on the sole ground that the step five finding is not supported by substantial evidence.


                    JOEL TURNER
_____
             **Joel Turner, Acting Clerk**

             **/s/ M. Hardin**
                                                                    _____11/7/08_____
_____                               Date
              **by Deputy Clerk**