IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARBARA DAVIDSON,

                Plaintiff,                              ORDER

    v.                                                   08-cv-209-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

On November 7, 2008, I remanded this case to the commissioner for further proceedings. On May 28, 2010, the administrative law judge issued a favorable decision awarding plaintiff Barbara Davidson back benefits from October 2002 in the amount of $69,176.

Now plaintiff Barbara Davidson has filed a motion pursuant to 42 U.S.C. § 406(b) asking this court to approve the payment of attorney fees to her attorney, Frederick J. Daley, Jr., in the amount of $17,294. This amount represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration. Having considered the motion and supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by Daley are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.

ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Plaintiff's attorney, Frederick J. Daley, Jr., is entitled to attorney fees in the amount of $17,294, which represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration.

Entered this 13th day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge